43038.  CITY OF GAINESVILLE v. CHAMBERS.
43042, 43043.  CITY OF GAINESVILLE v. HAMRICK et al.; and vice versa.
43065.  CITY OF GAINESVILLE v. APPLEBY.

PER CURIAM.  Each of the above cases as well as the cross appeal in Case Number 43043 is controlled by *City of Gainesville v. Loggins,* 116 Ga. App. 548.  The issue raised in each of the cases including the issue raised in the cross appeal in case No. 43043 being moot, the appeal in each case and the cross appeal is

*Dismissed.  Bell, P. J., Pannell and Whitman, JJ., concur.*

ARGUED SEPTEMBER 8, 1967—DECIDED OCTOBER 3, 1967—REHEARING DENIED OCTOBER 26, 1967—

*Kenyon & Gunter, Edgar H. Sims, Jr., Julius M. Hulsey,* for City of Gainesville.

*Telford, Wayne & Greer, Joe K. Telford, W. Woodrow Stewart,* for Chambers.

*Reed & Dunn, Robert J. Reed,* for Hamrick.

*Robinson, Thompson, Buice & Harben, Sam S. Harben, Jr.,* for Appleby.